UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ROYLUND KANE HOLMAN,

Case No. 20-cv-03083-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This action was reassigned from a magistrate judge to the undersigned in light of a recent Ninth Circuit decision.[1]  On May 5, 2020, Petitioner, who is currently in custody at the San Francisco County Jail, filed a letter with the Court in the instant matter, which was opened as a habeas corpus action.  On the same day the action was filed, the Clerk of the Court sent a notice to Petitioner informing him that his action could not go forward until he filed with the Court a habeas corpus petition form, completed in full, within twenty-eight days or his action would be dismissed.  The Clerk also sent Plaintiff another notice directing him to either pay the filing fee or file a completed prisoner's *in forma pauperis* ("IFP") application within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed, and Petitioner has not filed a completed petition form.  Neither has he paid the filing fee nor returned a completed IFP application.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: August 4, 2020

YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge).